UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WENDY M. ALGUARD,<br><br>                Plaintiff,<br><br>   v.<br><br>THOMAS VILSACK, SECRETARY OF THE U.S. DEPARTMENT OF AGRICULTURE,<br><br>                Defendant. | NO: 13-CV-3083-TOR<br><br>PROTECTIVE ORDER |

BEFORE THE COURT is the parties' Stipulated Motion for Protective Order (ECF No. 38). The matter was submitted for consideration without oral argument. The Court has reviewed the motion and the file therein and is fully informed. The parties stipulate to the entry of a protective order preventing the parties from disseminating, publicizing or divulging to third parties the Plaintiff's medical records in the course of introducing the contents into evidence in a proceeding (e.g. trial, deposition, motions, or expert consultation) in this action.

PROTECTIVE ORDER ~ 1

ACCORDINGLY, IT IS HEREBY ORDERED:

Neither Plaintiff nor Defendant nor any attorneys of theirs will disclose, release, or otherwise publicize to third parties medical records except when:

1. It is introduced as evidence in a proceeding (e.g. trial, deposition, motions or expert consultation) in this matter, or

2. The written consent of the other party or leave of Court is acquired for a specific disclosure.

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** November 4, 2014.



THOMAS O. RICE
United States District Judge