# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| WENDY M. ALGUARD,<br>*Plaintiff*<br>v.<br>THOMAS VILSACK, SECRETARY OF THE U.S. DEPARTMENT OF AGRICULTURE,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 13-CV-3083-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   DEFENDANT'S SECOND MOTION FOR SUMMARY JUDGMENT (ECF NO. 64) IS GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE   by order on Defendant's Second Motion for Summary Judgment (ECF No. 64).

Date: August 20, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Renea Grogan
*(By) Deputy Clerk*

Renea Grogan