**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 19 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WENDY M. ALGUARD, | No. 15-35808 |
| Plaintiff-Appellant, | D.C. No. 2:13-cv-03083-TOR |
| v. | Eastern District of Washington, Spokane |
| UNITED STATES DEPARTMENT OF AGRICULTURE; SONNY PERDUE, US Dept of Agriculture, | ORDER |
| Defendants-Appellees. | |

Before: RAWLINSON, MELLOY,[*] and HURWITZ, Circuit Judges.

The motion by appellant's counsel to withdraw, Dkt. 77, is **GRANTED**.

The petition for panel rehearing, Dkt. 75, is **DENIED**.

---

[*] The Honorable Michael J. Melloy, United States Circuit Judge for the U.S. Court of Appeals for the Eighth Circuit, sitting by designation.