UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 27 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

WENDY M. ALGUARD,

        Plaintiff - Appellant,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE and SONNY PERDUE, US Dept of Agriculture,

        Defendants - Appellees.

No. 15-35808

D.C. No. 2:13-cv-03083-TOR
U.S. District Court for Eastern Washington, Spokane

**MANDATE**

The judgment of this Court, entered March 01, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Craig Westbrooke
        Deputy Clerk
        Ninth Circuit Rule 27-7